≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 15, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID L. MOYER | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATE, SERVED ON PRESIDENT OF CHEDWARD REALTY, HELEN POMEROY AT 411 WEST END AVENUE, NY, NY, HER RESIDENCE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 15, 2008     _David L. Moyer_
　　　　　　　　　Date　　　　　Signature of Server

GivService, Inc
125-28 Queens Blvd Suite 105
Kew Gardens, NY 11415

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.